UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

RON CAMPBELL, as Personal Representative
of the Estate of Jermaine Campbell, deceased,

      Plaintiff,

vs.                                         CASE NO.: 1:16-CV-21802-DPG

GEICO INDEMNITY COMPANY,

      Defendant.
_____/

## GEICO'S DESIGNATIONS OF DEPOSITION TRANSCRIPTS INTENDED TO BE USED AT TRIAL

Defendant, GEICO INDEMNITY COMPANY ("GEICO"), by and through its undersigned counsel, and pursuant to Federal Rule of Civil Procedure 26(a)(3)(B), hereby serves these designations of depositions intended to be used at trial:

1. **Videotaped Deposition of Daniel Florer taken August 29, 2017:**

    Page 5, Line 5 through 10

    Page 6, Line 2 through 20

    Page 7, Line 1 through Page 14, Line 4

    Page 8, Line 4 through Page 20, Line 20

    Page 21, Line 22 through Page 25, Line 15

    Page 95, Line 5 through 13

    Page 95, Line 21 through Page 96, Line 15

**2. Videotaped Deposition of Robert Sinn taken August 11, 2017:**

Page 5, Line 1 through 10

Page 7, Line 1 through Page 8, Line 15

Page 9, Line 15 through Page 10, Line 23

Page 11, Line 12 through 19

Page 13, Line 3 through Page 15, Line 6

Page 15, Line 11 through Page 17, Line 3

Page 18, Line 2 through Page 19, Line 10

Page 19, Line 12 through Line 19

Page 21, Line 13 through 17

Page 22, Line 11 through 17

Page 23, Line 23 through Page 26, Line 24

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 12th day of April 2019, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**S/ J. Kent Crocker**
**B. RICHARD YOUNG**
Florida Bar No.: 442682
bryoung@flalawyer.net
**ADAM A. DUKE**
Florida Bar No.: 0055734
aduke@flalawyer.net
**CODY S. PFLUEGER**
Florida Bar No.: 90032
cpflueger@flalawyer.net
**J. KENT CROCKER**
Florida bar No.: 110344
kcrocker@flalawyer.net
Young, Bill, Boles, Palmer,
Duke & Thompson, P.A.
One Biscayne Tower
2 South Biscayne Boulevard
Suite 3195
Miami, Florida 33131
Telephone: (305) 222-7720
Facsimile: (305) 492-7729
Attorneys for GEICO

**SERVICE LIST**
**RON CAMPBELL, as Personal Representative of the Estate of**
**Jermaine Campbell, deceased**
**v.**
**GEICO INDEMNITY COMPANY**
**CASE NO.: 1:16-CV-21802-DPG**


**FRED A. CUNNINGHAM, ESQ.**
Domnick Cunningham & Whalen
2401 PGA Boulevard, Suite 140
Palm Beach Gardens, Florida 33410
fred@dcwlaw.com
jxl@dcwlaw.com
eservice@dcwlaw.com
Attorneys for Defendant/Counter-Plaintiff

**STUART Z. GROSSMAN, ESQ.**
Grossman Roth Yaffa & Cohen
2525 Ponce de Leon Boulevard
Suite 1150
Coral Gables, Florida 33134
szg@grossmanroth.com
lka@grossmanroth.com
Co-Counsel for Defendant/Counter-Plaintiff